650

915 A.2d 638

**Kenneth Alan CARTER, Appellant,**

v.

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Appellee.**

Supreme Court of Pennsylvania.

Feb. 20, 2007.

*ORDER*

PER CURIAM.

The Order of the Commonwealth Court is AFFIRMED.